AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
5:00 p.m.
2/27/2008
Deputy Clerk

# United States District Court
### SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Andrew Cauley | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR103-00023-001<br>USM Number: 11510-021<br>John Ghazi<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violations 1, 2, and 3 of the term of supervision.
[X] was found in violation of violation 4 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer (standard condition). | September 20, 2007 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-2135

Defendant's Date of Birth: August 4, 1974

Defendant's Residence Address:
In federal custody

Defendant's Mailing Address:
In federal custody

February 21, 2008
Date of Imposition of Judgment

Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

2-27-2008
Date

DEFENDANT: Andrew Cauley  
CASE NUMBER: CR103-00023-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to refrain from possession, access, subscription to, or view of any videos, magazines, literature, or Internet web sites depicting children or adults in the nude and/or engaged in sexual activity (special condition). | September 20, 2007 |
| 3 | The defendant failed to refrain from possession or use of a computer with access to any on-line service at any location without prior written approval of the probation officer (special condition). | September 20, 2007 |
| 4 | The defendant committed another Federal, state, or local crime (mandatory condition). | January 1, 2008 |

DEFENDANT: Andrew Cauley
CASE NUMBER: CR103-00023-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>five months</u>.

[ ] The Court makes the following recommendations to the Bureau of Prisons:


[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____


Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.




_____
United States Marshal

By _____
Deputy United States Marshal